**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| JESUS A. ORTIZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-00184-KC |
| EL PASO COMMUNITY COLLEGE DISTRICT, | § § § § | |
| *Defendant*. | § | |

**JOINT NOTICE OF SETTLEMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, JESUS A. ORTIZ, and Defendant, EL PASO COUNTY COMMUNITY COLLEGE DISTRICT, (hereinafter, the "Parties") file this Joint Notice of Settlement and would show the Court as follows:

1.   On February 24, 2025, the Parties reached a settlement agreement concerning all matters in dispute in this case.

2.   The Parties are presently in the process of documenting the terms of the settlement agreement and will file with the Court a Joint Motion for Dismissal with Prejudice and an Agreed Order of Dismissal within twenty-one (21) days.

**FOR THESE REASONS,** the Parties respectfully request that the Court vacate the Scheduling Order and Trial Date, pending the aforementioned dismissal documents, within a reasonable time after the filing of this Joint Notice of Settlement.

Respectfully Submitted,

**MARTINEZ & MARTINEZ LAW FIRM, PLLC**
2100 E. Yandell Drive
El Paso, Texas 79903
(915) 541-1000
(915) 541-1002 (facsimile)

By:  */s/ Raymond D. Martinez*
**RAYMOND D. MARTINEZ**
State Bar No 24002537
raymond@martinezlawyers.com
*Attorney for Plaintiff*

AND

**SCOTTHULSE PC**
ONE SAN JACINTO PLAZA
201 E. Main Dr., 11th Floor
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 Fax

By:  */s/ Rosemary M. Marin*
**ROSEMARY M. MARIN**
State Bar No. 12982500
rmar@scotthulse.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed this document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing on this 26th day of February, 2025:

Raymond D. Martinez
Martinez & Martinez Law Firm, PLLC
2100 E. Yandell Dr.
El Paso, Texas 79903
Phone: (915) 541-1000
Fax: (915) 541-1002
raymond@martinezlawyers.com
*Attorneys for Plaintiff*

                                              */s/ Rosemary M. Marin*
                                              **ROSEMARY M. MARIN**