**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| JESUS A. ORTIZ, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-cv-00184 |
| EL PASO COMMUNITY COLLEGE DISTRICT, | § § § | |
| *Defendant*. | § § | |

**ORDER APPROVING SETTLEMENT**

On the date below, the Court heard Plaintiff and Defendant's Joint Motion to Approve Settlement . The Court finds that such motion should be granted, and it is

ORDERED, ADJUDGED AND DECREED that the settlement is approved and that all causes of action of Plaintiff are dismissed against Defendant with prejudice to refiling same. Each party to bear its costs.

SIGNED on this ___ day of _____ 2025.

_____
**HONORABLE JUDGE KATHLEEN CARDONE**

**APPROVED AS TO FORM AND SUBSTANCE:**


*/s/ Raymond D. Martinez*
**RAYMOND MARTINEZ**
*Attorney for Plaintiff*


*/s/ Rosemary M. Marin*
**ROSEMARY M. MARIN**
*Attorney for Defendant*