THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JESUS ORTIZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-24-CV-184-KC |
| § | |
| EL PASO COMMUNITY COLLEGE § | |
| DISTRICT, § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Joint Motion to Approve Settlement ("Motion"), ECF No. 22. Settlements of Fair Labor Standards Act ("FLSA") claims generally require judicial approval to ensure they represent a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Ibarra v. Del's Grass Farm Ltd.*, No. 21-cv-252, 2022 WL 1157657, at *1 (W.D. Tex. Apr. 19, 2022). But judicial approval is not required when the settlement concerns only a dispute over hours worked or compensation due. *Bodle v. TXL Mortg. Corp.*, 788 F.3d 159, 163 (5th Cir. 2015).

In their Motion, the parties represent that the case "exclusively involves a dispute . . . regarding Plaintiff's hours worked and compensation due." Mot. ¶ 1. As such, the settlement does not require judicial approval. *Bodle*, 788 F.3d at 163.

Accordingly, the parties' Joint Motion to Approve Settlement, ECF No. 22, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, ECF No. 17, is **DENIED** as moot.

2

**IT IS FURTHER ORDERED** that, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, all claims against Defendant are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 28th day of March, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE